**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

RICARDO R. THOMPSON,           )
                                        )
            Plaintiff,           )
                                        )
vs.                                  )     Civil No.    16-cv-1095-JGP-CJP
                                        )
NANCY A. BERRYHILL, Acting    )
Commissioner of Social Security,   )
                                        )
           Defendant.       )
                                        )

## JUDGMENT IN A CIVIL CASE

        **IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States

District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for

social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and

reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

        Judgment is entered in favor of plaintiff Ricardo R. Thompson and against defendant

Nancy A. Berryhill, Acting Commissioner of Social Security.

        DATED: September 7, 2017


                                      **JUSTINE FLANAGAN,**
                                       **Acting Clerk of Court**

                                       **BY:** *s/Tina Gray*
                                         **Deputy Clerk**


**Approved:**
*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. District Judge**