IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICARDO R. THOMPSON, )
)
        Plaintiff, )
)
vs. ) Civil No. 16-cv-1095-JPG-CJP
)
NANCY A. BERRYHILL, )
)
        Defendant. )

## ORDER for ATTORNEY'S FEES

This matter is before the Court on plaintiff's Petition for Award of Attorney Fees Pursuant to the Equal Access to Justice Act. (Doc. 29.) Defendant has responded that she has no objection. (Doc. 30.)

The parties have agreed that plaintiff is entitled to an award of attorney's fees in the amount of $2,635.40.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate. This award shall fully and completely satisfy any and all claims for fees, costs and expenses that may have been payable to plaintiff in this matter pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

Plaintiff's Petition for Award of Attorney Fees (Doc. 29) is hereby **GRANTED**. The Court awards plaintiff Ricardo R. Thompson attorney's fees in the amount of $2,635.40 (two thousand, six hundred thirty-five dollars and forty cents) with no additional amount for costs or expenses.

The amount awarded is payable to plaintiff and is subject to set-off for any debt owed by plaintiff to the United States, per *Astrue v. Ratliff*, 560 U.S. 586 (2010). However, any part of

the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney if plaintiff's attorney furnishes defendant with an EAJA assignment executed by plaintiff.

**IT IS SO ORDERED.**

**DATED: DECEMBER 12, 2017**

                                                      <u>*s/ J. Phil Gilbert*</u>
                                                     **J. PHIL GILBERT**
                                                     **U.S. DISTRICT JUDGE**